| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br>Steele, William H | 2. Court or Organization<br>US District-So. Dist. Of AL | 3. Date of Report<br>5/10/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US District Judge-Active | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br><br>○ Initial ⦿ Annual ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br>113 St. Joseph Street<br>Mobile<br>AL 36602 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

DISCLOSURE OFFICE
2004 MAY 17 AM 11:21
RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE   - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 12-31-03 | Church Reader Fees | 2610 |
| 2. | 12/31/03 | Musician Fees | 1325 |
| 3. | | | |

### B. Spouse's Non-Investment Income   - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE   - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 12-31-03 | City of Mobile, Alabama |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE   - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1 | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steele, William H | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. AmSouth Bank Account | A | Interest | J | T | | | | | |
| 2. Fidelity Puritan | A | Dividend | J | T | | | | | |
| 3. Public Employees Benefit Service Co. | | None | M | T | Buy | 12/31 | J | | |
| 4. *AG Edwards (IRA) | | None | J | T | | | | | |
| 5. - SunAmerica Blue Chip Fund Class B | | | | | | | | | |
| 6. - Resources Accrued Mortgage Limited Partnership | | | | | | | | | |
| 7. - Putnam International New Opportunities | | | | | | | | | |
| 8. - Grey Wolf Inc | | | | | | | | | |
| 9. ** Legg Mason (IRA) | | None | K | T | | | | | |
| 10. - Alliance Premier Growth | | | | | | | | | |
| 11. - Alliance Technology | | | | | | | | | |
| 12. - John Hancock Regional Bank | | | | | | | | | |
| 13. - Alliance Real Estate Investment Fund | | | | | | | | | |
| 14. - Prudential Equity (name change to Strategic Partners Eq) | | | | | | | | | |
| 15. AMCAP Fund | A | Dividend | L | T | Buy | 11/26 | K | | |
| 16. Putnam Voyager | | None | K | T | | | | | |
| 17. Templeton Foreign | A | Dividend | K | T | Buy | 8/29 | J | | |
| 18. John Hancock Financial Industries | | None | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steele, William H | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date: Month-Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Mutual Shares | A | Dividend | K | T | | | | | |
| 20. Alliance Premier Growth | | None | J | T | | | | | |
| 21. Hewlett-Packard (previously Compaq Computer Corp.) | A | Dividend | J | T | | | | | |
| 22. Putnam Allstate Advisor (Annuity) | | None | N | T | | | | | |
| 23. Gulf Coast Federal Credit Union | A | Interest | K | T | | | | | |
| 24. Steele Enterprises LLC | | None | M | U | | | | | |
| 25. Putnam FD for Growth & Income | A | Dividend | K | T | Buy | 6/04 | J | | |
| 26. Putnam Mid Cap Value Fund | A | Dividend | K | T | | | | | |
| 27. Peabody Energy Corp. | A | Dividend | | T | Sell | 6/04 | J | B | |
| 28. AOL Time Warner | | None | J | T | | | | | |
| 29. Unumprovident Corp. Public Income Notes | B | Interest | | T | Sell | 12/2 | K | A | |
| 30. Putnam Small Cap | | None | J | T | | | | | |
| 31. PLC Capital | A | Interest | J | T | | | | | |
| 32. Georgia Power | B | Interest | K | T | | | | | |
| 33. Fidelity Adv Emerging Markets Income Fund | A | Dividend | J | T | | | | | |
| 34. PIMCO High Income Fund | A | Dividend | K | T | Buy | 4/24 | J | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   U = Book Value    V = Other    W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Steele, William H | 5/10/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

VII.3, 15,17, 25 - Additional shares were purchased in 2003.

VII.6 - Appraisal date 12/31/03.

VII.14 - Name change only from Prudential Equity Fund to Strategic Partners Equity Fund.

VII.24 - It is not anticipated that any income will be derived from the LLC. All income will be realized by the manager.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Steele, William H | 5/10/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▮▮▮▮▮▮▮▮▮▮▮

Date 5/12/04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544